RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/03/26

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH W. HADWIN | CIVIL ACTION NO. 01-2448 |
| VS. | SECTION P |
| STATE OF LOUISIANA, ET AL. | JUDGE MELANÇON |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

On March 25, 2003, the Court rendered judgment dismissing some but not all of plaintiff's civil rights claims [doc. 19]. Plaintiff appealed this judgment to the Fifth Circuit Court of Appeals; and, on June 5, 2003, that Court dismissed his appeal since the judgment appealed did not dispose of all of plaintiff's claims [doc. 25]. On July 13, 2004, Magistrate Judge Mildred E. Methvin recommended the dismissal of plaintiff's remaining claims as prescribed [doc. 26]. On August 4, 2004, the Court accepted the recommendation and rendered judgment dismissing the remaining claims [doc. 27]. On August 5, 2004 plaintiff requested an extension of time to file objections to the Magistrate Judge's Report and Recommendation [doc. 28]. On August 18, 2004 the Court vacated its judgment and ordered plaintiff to file his objections to the Report and Recommendation on or before September 7, 2004 [doc. 29]. On September 7, 2004 plaintiff filed a second motion requesting an extension

of time to object to the Report and Recommendation [doc. 30]. On September 10, 2004 plaintiff's deadline was extended to October 11, 2004 [doc. 31]. Plaintiff has not filed any objections, therefore,

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that the Court's August 4, 2007 Judgment [doc. 27] is **REINSTATED.**

**IT IS FURTHER ORDERED** that **ALL OF PLAINTIFF'S CIVIL RIGHTS CLAIMS** be **DISMISSED WITH PREJUDICE** as prescribed and thus frivolous under 28 U.S.C. §1915(e).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 2nd day of October, 2006.

---
TUCKER L. MELANÇON
**UNITED STATES DISTRICT JUDGE**